UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Vincent Calabro

                           Plaintiff(s),                JUDGMENT

           -against-                             CV 04-0094(WDW)

Nassau University Medical Center

                           Defendant(s).
-------------------------------------------------------X

**WALL, U.S.M.J.**

  A jury was selected and trial commenced on January 22, 2007, and the parties having presented the evidence, authorities and argument, and having closed the evidence on January 24, 2007, and the jury having deliberated and returned a verdict on January 25, 2007,

    IT IS ORDERED AND ADJUDGED, that Judgment is entered in favor of the plaintiff Vincent Calabro and against the defendant Nassau University Medical Center, and the jury having awarded damages in the total amount of $620,632.50, the Plaintff is awarded damages in the amount of $620,632.50.


Dated:      Central Islip, New York         Robert C. Heinemann
               January 30, 2007             Clerk of the Court

                                                         /s/Thomas Talbott
                                                 by: Thomas Talbott
                                                    Deputy Clerk